UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROY DAVID SUMMERS, | Case No. CV 14-3894 AB(JC) |
|---|---|
| Petitioner, | (PROPOSED) JUDGMENT |
| v. | |
| DANIEL PARAMO, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: November 20, 2015

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE